

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-20-00110-CR

_____

TODDRICK MATTHEWS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 5th District Court
Bowie County, Texas
Trial Court No. 18F0588-005

Before Morriss, C.J., Burgess and Stevens, JJ.

ORDER

Toddrick Matthews appeals from the trial court's denial of his motion for DNA testing. Matthews's notice of appeal was filed October 15, 2020. The clerk's record was filed November 17, 2020, making the appellant's brief originally due December 17, 2020. Matthews did not file a brief or motion for extension of time in which to file a brief by the original due date. This Court, therefore, set a final briefing deadline of February 5, 2021. On February 9, 2021, this Court extended the final briefing deadline, on Matthews's motion, to March 8, 2021. When Matthews did not file a brief by the March 8 deadline, this Court advised him by letter dated March 22, 2021, that this appeal would be abated to the trial court in accordance with Rule 38.8 of the Texas Rules of Appellate Procedure in the circumstance that his brief was not filed by April 22, 2021. *See* TEX. R. APP. P. 38.8. Although Matthews filed a motion for forensic DNA testing in this Court on April 12, he did not file a brief.

Because appellant's brief has not been filed, we abate this case to the trial court for a status hearing pursuant to Rule 38.8(b) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.8(b)(2). Specifically, the trial court is directed to determine (1) whether Matthews still desires to prosecute this appeal. If so, the trial court is instructed to determine (1) why Matthews's appellate brief has not been filed and (2) whether Matthews is indigent and entitled to the appointment of counsel to represent him on appeal. The trial court is directed to make appropriate findings and recommendations and have a record of the proceedings prepared. The record must include any findings made by the trial court. The trial court may also address any

2

other matters it deems appropriate. The hearing is to be conducted within fifteen days of the date of this order.

The trial court's findings and recommendations on the issues set forth above shall be entered into the record of the case and presented to this Court in the form of a supplemental clerk's record within fifteen days of the date of the hearing. *See* TEX. R. APP. P. 38.8(b)(3). The reporter's record of the hearing shall also be filed with this Court in the form of a supplemental reporter's record within fifteen days of the date of the hearing. *See id.*

All appellate timetables are stayed and will resume on our receipt of (1) the appellant's brief or (2) the supplemental appellate record.

IT IS SO ORDERED.

BY THE COURT

Date: May 19, 2021